UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: ANNAMARIE BERNADETTE RIDEOUT
2425 RAVINESIDE LANE N
HOWELL  488430000

Case No.: 12-34049-DOF
Judge: DANIEL S. OPPERMAN

## C E R T I F I C A T E   O F   S E R V I C E OF CHAPTER 13 TRUSTEE'S FINAL REPORT

I hereby certify that on the date indicated below, a copy of the Chapter 13 Trustee's Final Report was mailed to the following by First Class Mail:

ANNAMARIE BERNADETTE RIDEOUT
2425 RAVINESIDE LANE N
HOWELL, MI  48843

I hereby certify that on the date indicated below, a copy of the final report was filed electronically with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Timothy P Macdonald
Po Box 535
Howell  MI 48844-0535

United States Trustee
211 West Fort Street Ste 700
Detroit MI  48226

DATED: 05/14/2014

/s/ TRACEE DENICOLO
TRACEE DENICOLO
Office of the Ch. 13 Standing Trustee - Carl L. Bekofske
400 N. Saginaw St. Suite 331
Flint, MI  48502
(810)238-4675